

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

>                    Opinion No. O-3214
>                    Re: Whether transferee of a tax
>                        lien waives such lien by
>                        taking note and deed of
>                        trust.

In your letter of February 24, 1941, you request our opinion in response to the following three questions:

> "'If a person, upon the request of the land owner shall pay his taxes and secure a transfer and assignment on the Comptroller's form, and should then take a note from the land owner evidencing the debt and a Deed of Trust against the property to secure the same, would such note and Deed of Trust be valid or would this action constitute a waiver of the tax lien?'

> "'Would it be necessary to secure an assignment from each taxing body, the State, the county, the city, and an independent school district, in order to make the assignment of the lien a valid, or would this be necessary only in case each had an independent tax collector?'

> "'Will such a transfer and assignment from the County Tax Collector be sufficient without a separate transfer from the state or any other taxing unit which may hold taxes against the property?'"

Article 7345a, Vernon's Annotated Civil Statutes, expressly provides that a person may pay any taxes due upon real property at the request of the owner of such property and obtain a transfer of the tax lien. Such statute authorizes the tax collectors of the State, counties and other

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

subdivisions to execute the transfers of tax liens, and in Section 2 is found a form of certificate of transfer which may be used. It is noted, however, that the statute merely provides that the tax collectors' certificate need only be in "substantially" the form provided. Answering your second and third questions, it is our opinion that if the county tax collector also acts as such for a city, an independent school district and other subdivisions he may execute a separate transfer for each taxing body for whom he acts, or he may make a single instrument suffice for all of them. In the latter event, however, the certificate must contain substantially the elements set forth in the prescribed form as to each of the taxing bodies. The certificate should describe the tax collector as being the collector for all of the bodies for whom he acts and it should show the names of the various taxing units whose liens he is transferring.

We are unable to answer your first general question as to whether the taking of a deed of trust would waive the tax lien. Each case will rest on its own facts.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By *Glenn R. Lewis*

Glenn R. Lewis
Assistant

GRL:LM

APPROVEDMAR 21, 1941

ATTORNEY GENERAL OF TEXAS


APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN